*Fahy, Assistant Attorney General Berge,* and *Messrs. Charles H. Weston, Matthias N. Orfield,* and *W. T. Kelley* for respondent.

No. 724. WALKER *v.* SQUIER, WARDEN. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. S. Wallace Dempsey* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for respondent.

No. 725. NORTHWESTERN OIL CO. *v.* SOCONY-VACUUM OIL CO., INC. ET AL. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William P. Crawford* for petitioner. *Messrs. David T. Searls, H. H. Thomas,* and *William H. Dougherty* for respondents.

No. 727. VESCELIUS, TRUSTEE IN BANKRUPTCY, *v.* WEDEEN. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William N. Gurtman* for petitioner. *Mr. Leo Guzik* for respondent.

No. 729. DECKER *v.* UNITED STATES. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. William D. Donnelly* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *Shelby Fitze* for the United States.